In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-018 CV


____________________



IN RE STEPHEN CONROY WATSON






Original Proceeding






 MEMORANDUM OPINION 


 On January 11, 2006, Stephen Conroy Watson filed this petition for writ of
mandamus. We requested a response from the real parties in interest. On January 27,
2006, the relator filed a request to withdraw the petition. The relator alleges he received
the relief requested in the petition and the petition is moot.

 Accordingly, this original proceeding is dismissed without reference to the merits.

 WRIT DISMISSED. 

 PER CURIAM

Opinion Delivered February 2, 2006 

Before Gaultney, Kreger and Horton, JJ.